# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 13, 2015

149917

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JOHN OLIVER WOOTEN,
        Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 149917
COA: 314315
Wayne CC: 11-012794-FC

On November 4, 2015, the Court heard oral argument on the application for leave to appeal the June 26, 2014 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 13, 2015



Clerk

p1104